1539

FILED

AUG 19 2020

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Criminal No. 20-214 |
| v. ) | |
| ) | (18 U.S.C. §§ 922(g)(1) and 924(e)) |
| JOHN MCCLENDON ) | [UNDER SEAL] |

# INDICTMENT

## COUNT ONE

The grand jury charges:

On or about July 16, 2019, in the Western District of Pennsylvania, the defendant, JOHN MCCLENDON, knowing he had previously been convicted of the following crimes, which are punishable by imprisonment for a term exceeding one year:

Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver Controlled Substance, in the Court of Common Pleas, Allegheny County, Criminal Division, Commonwealth of Pennsylvania, at Docket Number CP-02-CR-0002301-2007, on or about November 7, 2007;

Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver Controlled Substance, in the Court of Common Pleas, Allegheny County, Criminal Division, Commonwealth of Pennsylvania, at Docket Number CP-02-CR-0002353-2016, on or about November 8, 2018;

Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver Controlled Substance, in the Court of Common Pleas, Allegheny County, Criminal Division, Commonwealth of Pennsylvania, at Docket Number CP-02-CR-0003413-2016, on or about November 8, 2018; and

Manufacture, Delivery, or Possession With Intent to Manufacture or Deliver Controlled Substance, in the Court of Common Pleas, Allegheny County, Criminal Division,

Commonwealth of Pennsylvania, at Docket Number CP-02-CR-0005088-2017, on or about November 8, 2018,

did knowingly possess in and affecting interstate commerce a firearm and ammunition, namely a Ruger LCP .380 handgun bearing serial number 371802347, and .380 caliber Remington ammunition.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(e).

## **FORFEITURE ALLEGATION**

1. The Grand Jury re-alleges and incorporates by reference the allegations contained in Count One of this Indictment for the purpose of alleging criminal forfeiture pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c).

2. As a result of the knowing commission of the violation of Title 18, United States Code, Section 922(g)(1), charged in Count One of the Indictment, the firearm and ammunition alleged in that Count, those are, a Ruger LCP .380 handgun bearing serial number 371802347, and .380 caliber Remington ammunition, which were involved and used in the knowing commission of that offense, are subject to forfeiture pursuant to Title 18, United States Code, Section 924(d)(1); and Title 21, United States Code, Section 853(a)(2).

A True Bill,

_____
Foreperson

_____
SCOTT W. BRADY
United States Attorney
PA ID No. 88352